UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAILLIE KITCHELL,

          Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. C22-1581 RSM

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

The Court **GRANTS** Plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

(1)    Plaintiff shall be issued summonses.

(2)    Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with Plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

DATED this 10th day of November, 2022.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1