UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAILLIE KITCHELL,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. C22-1581 RSM

**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER**

Based on Defendant's unopposed motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

- Defendant shall have up to and including February 28, 2023 to file a response to Plaintiff's Complaint, including the certified administrative record.

DATED this 30th day of January, 2023.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING EXTENSION OF TIME
TO FILE ANSWER - 1