UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAILLIE KITCHELL,<br><br>               Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. C22-1581 RSM<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER** |

Based on Defendant's second motion to extend the time to file the Answer (Dkt. 13), and that Plaintiff's counsel has no opposition, it is hereby ORDERED that the Answer due date shall be amended as follows:

- Defendant shall have up to and including March 21, 2023 to file a response to Plaintiff's Complaint, including the certified administrative record.

DATED this 1st day of March, 2023.

Ricardo S. Martinez
United States District Judge

ORDER GRANTING EXTENSION OF TIME
TO FILE ANSWER - 1