UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BAILLIE KITCHELL,

                Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C22-1581 RSM

**ORDER GRANTING STIPULATED MOTION FOR REMAND**

Based on the stipulation between the parties, it is hereby ORDERED that the above captioned case be reversed and remanded for further administrative proceedings for an administrative law judge (ALJ) to issue a new decision.  Upon remand, the Appeals Council will instruct an ALJ to further develop the record, and:

- Review the entirety of the administrative record;
- hold a de novo hearing; and
- take further action to complete the administrative record resolving the above issues, and issue a new decision.

///

///

///

ORDER GRANTING STIPULATED MOTION
FOR REMAND - 1

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 21st day of March, 2023.

/s/ Ricardo S. Martinez
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE