UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BAILLIE KITCHELL,<br><br>                          Plaintiff(s),<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>                          Defendant. | Case No. C22-1581-RSM<br><br>ORDER RE MOTION FOR EAJA FEES |

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, Plaintiff's EAJA petition and adjusted invoice and the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, it is hereby ORDERED that: EAJA attorney's fees in the adjusted amount of $2,500.00 shall:

1) Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 2531-2, 177 L.Ed.2d 91 (2010) and delivered to Plaintiff's counsel; however,

2) The Acting Commissioner shall contact the Department of Treasury after this Order is entered to determine if the EAJA Award is subject to any offset. If the U.S. Department of the Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Award and pay the EAJA Award directly to George Andre Fields, Esq, Plaintiff's counsel. If there is an offset, any remainder shall be

ORDER RE MOTION FOR EAJA FEES - 1

made payable to Plaintiff, based on the Department of the Treasury's Offset Program and standard practices, and the check shall be electronically deposited to Plaintiff's counsel, George Andre Fields, Esq. at P.O. Box 231024, Sacramento, CA 95823.

DATED this 31st day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER RE MOTION FOR EAJA FEES - 2